THE EXCELSIOR SAVINGS BANK, Respondent, v. SAMUEL CAMPBELL and others, Appellants.

*Answer — when frivolous.*

In an action to foreclose a mortgage for non-payment of interest, the defendants interposed an answer, in which they denied " that they were in default in the payment of the sum of $280, which became due and payable on the 25th day of September, 1873." *Held*, that as the answer put in issue no material fact, but simply denied that the defendants were in default, which was a conclusion of law, it was properly held to be frivolous.

Appeal from an order, overruling an answer as frivolous, and directing judgment to be entered in favor of the plaintiff.

*Wm. S. Palmer*, for the appellants.

*F. F. Van Derveer*, for the respondent.

Opinion by Lawrence, J.

Davis, P. J., and Daniels, J., concurred.

Order affirmed, with costs.